11 So.2d 167

**Chas. Aubrey CHAMBERS v. STATE.**

**6 Div. 898.**

Court of Appeals of Alabama.

May 19, 1942.

Rehearing Denied June 23, 1942.

Chas. Aubrey Chambers, pro se.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

8 So.2d 899

**Jim CHANDLER v. STATE.**

**7 Div. 688.**

Court of Appeals of Alabama.

June 9, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

5 So.2d 842

**Houston CHANNELL v. STATE.**

**6 Div. 780.**

Court of Appeals of Alabama.

Dec. 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

8 So.2d 899

**Mrs. Ruth CHAPMAN, alias Hicks, v. STATE.**

**6 Div. 849.**

Court of Appeals of Alabama.

May 12, 1942.

Edw. de Graffenried, of Tuscaloosa, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

5 So.2d 843

**Marvin Alec CHARLES v. STATE.**

**7 Div. 662.**

Court of Appeals of Alabama.

Dec. 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.